IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JERRY LEE REED**  PLAINTIFF

v.  No. 3:23-cv-100-DPM

**MISSISSIPPI COUNTY JAIL
and MISSISSIPPI COUNTY
SHERIFF'S DEPARTMENT**  DEFENDANTS

## JUDGMENT

Reed's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

8 June 2023